JANE MYERS, Appellant, *v.* JAMES C. MARTIN et al., Respondents.

(Argued June 26, 1885 ; decided October 13, 1885.)

*A. Van Etten, Jr.* for appellant.

*Lewis E. Carr* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

FABIANO R. FRANCKE et al., Appellants, *v.* KATE L. YOUMANS et al., Respondents.

(Argued June 26, 1885 ; decided October 13, 1885.)

*Joseph A. Shoudy* for appellants.

*J. Alfred Davenport* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ANNA B. CAVARLY, Respondent, *v.* JUDSON JARVIS, Appellant.

(Submitted October 6, 1885 ; decided October 13, 1885.)

*John H. V. Arnold* for appellant.

*George C. Hall* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.